**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darren SHIRA, Defendant–Appellant.**

No. 10–14906
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 4, 2011.

Linda Julin McNamara, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, Karen L. Gable, U.S. Attorney's Office, Cynthia A. Hawkins, Cynthia Hawkins, PA, Orlando, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, P.A., Orlando, FL, for Defendant–Appellant.

Before MARCUS, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Darren Shira in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Shira's conviction and sentence are **AFFIRMED.**